**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ANDREW WALTER JACOBSON**<br><br>**Defendant.** | **Case No. 26-mj-50** |

### GOVERNMENT'S NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery from the 1st Production, as outlined in the enclosed discovery letter.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

Dated: March 16, 2026

By:    /s/ *Richard S. Kelley*
Richard S. Kelley
D.C. Bar No. 1026390
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-3571
richard.kelley2@usdoj.gov

1



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

March 16, 2026

**VIA USAFX**

Maria Jacob, Esq.
maria_jacob@fd.org

>    Re:    Discovery Production Letter No. 1
>              *United States v. Andrew Walter Jacobson, 26-mj-50*

Dear Counsel:

   I am writing to memorialize the production of the following material in discovery, which was shared via USAFx in a folder titled, "US v. Andrew Walter Jacobson, 26-mj-50." **Please note that all of these items are being provided pursuant to the protective order governing production of discovery and are designated sensitive documents unless specifically excluded by the protective order.  Please let me know if you have any questions or have any issues accessing these items.**

**Discovery Production 1 – 2026.03.16:**

- officialRecords (Folder)
    - 305G-WF-4199554_0000001_redacted.pdf (6 pages)
    - 305G-WF-4199554_0000002.pdf (1 page)
    - 305G-WF-4199554_0000003.pdf (1 page)
    - 305G-WF-4199554_0000004.pdf (3 pages)
    - 305G-WF-4199554_0000005.pdf (1 page)
    - 305G-WF-4199554_0000007.pdf (1 page)
    - 305G-WF-4199554_0000008.pdf (1 page)
    - 305G-WF-4199554-PEN_0000001.pdf (1 page)
- Attachments (Folder)
    - 305G-WF-4199554_0000001_1A0000002_0000001.pdf (1 page)
    - 305G-WF-4199554_0000001_1A0000004_0000001_redacted.pdf (1 page)
    - 305G-WF-4199554_0000001_1A0000004_0000002_redacted.pdf (1 page)
    - 305G-WF-4199554_0000001_1A0000004_0000003_redacted.pdf (1 page)

2

- o 305G-WF-4199554_0000002_1A0000005_0000001.pdf (48 pages)
  - o 305G-WF-4199554_0000002_1A0000005_0000002.pdf (2 pages)
  - o 305G-WF-4199554_0000002_1A0000005_0000003.pdf (9 pages)
  - o 305G-WF-4199554_0000002_1A0000005_0000004.pdf (8 pages)
  - o 305G-WF-4199554_0000003_1A0000006_0000001.xlsx
  - o 305G-WF-4199554_0000003_1A0000006_0000002_PHYSICAL.pdf (1 page)
  - o 305G-WF-4199554_0000003_Import_Redacted.pdf (4 pages)
  - o 305G-WF-4199554_0000004_1A0000007_0000001_PHYSICAL.pdf (1 page)
  - o 305G-WF-4199554_0000005_1A0000008_0000001.pdf (32 pages)
  - o 305G-WF-4199554_0000005_1A0000008_0000002.pdf (2 pages)
  - o 305G-WF-4199554_0000007_1A0000009_0000001_PHYSICAL.pdf (1 page)
  - o 305G-WF-4199554_0000008_1A0000010_0000001_PHYSICAL.pdf (1 page)
- Case Jacket – Case_26014513 (Folder)
  - o 1_Case Jacket - Case _ 26014513_Redacted.pdf (3 pages)
  - o 3_Report Packet - 26014513 Offense_Incident_ Sexual Abuse Investigation _ Incident_Redacted.pdf (2 pages)
  - o 4_Report Packet - 26014513 Case Note 2_ [Redacted]_ [Redacted] _Contacts - Interviews__Redacted.pdf (1 page)
  - o 5_Report Packet - 26014513 Case Note 6_ AND140. _ AND140_2743 _Discord_.pdf (1 page)
  - o 7_Report Packet - 26014513 Case Note 8_ [Redacted]_icloud.com _Apple__Redacted.pdf (1 page)
  - o 8_Report Packet - 26014513 Case Note 9_ Apple iPhone 11 _Forensic Extraction_.pdf (1 page)
  - o 9_Report Packet - 26014513 Case Note 12_ [Redacted]_ _Instagram__Redacted.pdf (1 page)
  - o 10_Report Packet - 26014513 Case Note 16_ XXX-XXX-5579 _Apple iCloud_.pdf (1 page)
  - o 11_Public Packet - 26014513 Offense_Incident_ Sexual Abuse Investigation _ Incident_Redacted.pdf (1 page)
  - o 12_Report Packet - 26014513 Case Note 7_ Safeshores.pdf (1 page)
  - o 13_Report Packet - 26014513 Case Note 14_ [Redacted] _Discord__Redacted.pdf (1 page)
  - o 14_Report Packet - 26014513 Case Note 1_ Initial Case Resume _ICR__Redacted.pdf (2 pages)
  - o 15_Report Packet - 26014513 Case Note 5_ XXX-XXX-5579.pdf (1 page)
  - o 16_Report Packet - 26014513 Case Note 4_ [Redacted] _Contacts - Interviews_Redacted.pdf (1 page)
  - o 17_Report Packet - 26014513 Case Note 21_ Arrest Warrant _ Complaint.pdf (1 page)
  - o 18_Report Packet - 26014513 Case Note 10_ Apple iPad 9th Generation _Forensic Extraction_.pdf (1 page)
  - o 19_Report Packet - 26014513 Case Note 11_ Case Referral.pdf (1 page)
  - o 20_Report Packet - 26014513 Case Note 15_ XXX-XXX-1110_Redacted.pdf (1 page)
  - o 21_Report Packet - 26014513 Case Note 3_ and1_30_ _Instagram_.pdf (1 page)

3

- o 22_Cover Sheet - 26014513 Offense_Incident_ Sexual Abuse Investigation _ Incident_Redacted.pdf (1 page)
  - o 23_Report Packet - 26014513 Case Note 20_ XXX-XXX-5579 _AT_T_.pdf (1 page)
  - o 24_Report Packet - 26014513 Case Note 17_ XXXXXXXXXXXX6_GMAIL.COM _Google__Redacted.pdf
  - o 25_Report Packet - 26014513 Case Note 13_ XXXXXXXX_Instagram__Redacted.pdf (1 page)
- AT&T Return (Folder)
  - o ATT_Records_Key.pdf (17 pages)
  - o Declaration_4540932.pdf (1 page)
  - o Original-20260226-115709167.pdf (11 pages)
  - o ReportAU_4540932.pdf (2585 pages)
  - o ReportAU_4540932.txt
  - o ReportCAPM_4540932.pdf (1 page)
  - o ReportCAPM_4540932.txt
  - o ReportCell_4540932.pdf (153 pages)
  - o ReportCell_4540932.txt
  - o ReportCT_4540932.pdf (3 pages)
  - o ReportCT_4540932.txt
  - o ReportIMEI_4540932.pdf (2 pages)
  - o ReportIMEI_4540932.txt
  - o ReportIMSI_4540932.pdf (1 pages)
  - o ReportIMSI_4540932.txt
  - o ReportLandline_4540932.pdf (26 pages)
  - o ReportLandline_4540932.txt
  - o ReportLoc_4540932.pdf (508 pages)
  - o ReportLoc_4540932.txt
  - o ReportSIMCARD_4540932.pdf (1 page)
  - o ReportSIMCARD_4540932.txt
  - o ReportStirShaken_4540932.pdf (15 pages)
  - o ReportStirShaken_4540932.txt
  - o ReportTA_4540932.pdf (522 pages)
  - o ReportTA_4540932.txt
  - o SurveillanceActivationReport_4540932.pdf (1 page)
  - o SurveillanceMLTActivationReport_4540932.pdf (1 page)
- Forensic Interview (Folder)
  - o Room 3_02-09-2026_46943.mp4
  - o IMG_4017.JPG
  - o IMG_4018.JPG
- MPDC BWC (Folder)
  - o BWC (Folder)
    - 20260202-SEX_ABUSE_ALLEGATION-725_FARADAY_PL_NE.mp4
    - ASSAULTSEXUAL-_725_FARDAY_PL_NE.mp4
    - Table_of_Contents.xlsx
  - o Images (Folder with twelve (12) .jpg images)

4

- Report_Redacted.pdf (349 pages)
- linked_media_unified_message_905067305546959.jpg

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

**Furthermore, the government is in possession of images and videos depicting the sexual abuse of children are relevant to this matter.  Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States.  If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so.**

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Richard Kelley*

Richard Kelley
Assistant United States Attorney
Phone: (202) 834-3571
E-mail: richard.kelley2@usdoj.gov